NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                            Case No.  2:23-cr-47-1

Joshua David Wells

TAKE NOTICE that the above-entitled case is scheduled for Wednesday, May 31, 2023 at 1:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for an Arraignment.

| | |
|---|---|
| Location:  Burlington – 410 Courtroom | JEFFREY S. EATON, Clerk<br>By: */s/ H. Beth Cota*<br>Deputy Clerk<br>5/15/2023 |

TO:

Zachary B. Stendig, AUSA

Evan K. Barquist, Esq.
Office of the Federal Public Defender